**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6214

RANDAL E. FARIS,

                                        Petitioner - Appellant,

          versus

GENE M. JOHNSON, Director,

                                        Respondent - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (7:05-cv-00563-JCT)

Submitted:  May 16, 2006              Decided:  May 23, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Randal E. Faris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Randal E. Faris seeks to appeal the district court's order denying his 28 U.S.C. § 2254 (2000) petition as untimely filed. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's judgment was entered on the docket on October 25, 2005.[*] The notice of appeal was filed on January 25, 2006. Because Faris failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]This date gives Faris the benefit of Houston v. Lack, 487 U.S. 266 (1988).

- 2 -